# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 25, 2020

## NO. 03-20-00366-CV

**Madeleine Connor, Appellant**

**v.**

**Eric Castro, Nancy Naeve, Gary Sertich, Leah Stewart, and Chuck McCormick, Appellees**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on April 16, 2020.  Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.